JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXIS WALLACE, an individual.<br><br>Plaintiff,<br><br>v.<br><br>GXO LOGISTICS SUPPLY CHAIN, INC., a North Carolina corporation; WENDY ALBRECHT, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | No.CV 26-5497-DMG (DMKx)<br><br>**ORDER FOR DISMISSAL OF ACTION [15]** |

Having read and considered the Parties' Joint Stipulation for Dismissal of Action, and finding good cause therefor,

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed in its entirety, with prejudice, with each party to bear its own attorneys' fees and costs.

DATED: September 1, 2026

DOLLY M. GEE
Chief United States District Judge